# Morgan Lewis

**Michael F. Fleming**
+1.212.309.6000
michael.fleming@morganlewis.com

February 16, 2021

**Via ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Romero v. Colgate-Palmolive Company*, No. 1:20-cv-09216-SHS
             **Request for a 30-Day Order**

Dear Judge Stein:

We represent defendant Colgate Palmolive Company ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Josue Romero ("Plaintiff") to inform the Court that the parties have reached an agreement in principle to resolve this matter. Accordingly, counsel for defendant respectfully requests that the Court stay all pending deadlines in this case for a period of 30 days to permit the parties to finalize the terms of their agreement and file a stipulation of dismissal with Court. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Defendants' time to answer or move in response to the complaint is extended to March 16, 2021. The initial pretrial teleconference is adjourned to April 2, 2021, at 10:00 a.m. If a stipulation of dismissal is filed before April 2, the teleconference will be cancelled.**

Dated:   New York, New York
               February 17, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060    ☏ +1.212.309.6000
United States                           ✉ +1.212.309.6001