# Morgan Lewis

**Michael F. Fleming**
+1.212.309.6000
michael.fleming@morganlewis.com

**MEMO ENDORSED**

March 16, 2021

<u>**Via ECF**</u>

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Romero v. Colgate-Palmolive Company*, No. 1:20-cv-09216-SHS
<u>Request to Extend Stay</u>

Dear Judge Stein:

We represent defendant Colgate Palmolive Company ("Defendant") in the above-referenced action. Pursuant to Your Honor's Individual Practices, we write with the consent of counsel for Plaintiff Josue Romero ("Plaintiff"), to inform the Court that the parties have finalized the terms of their agreement to resolve this matter. To comply with those terms, counsel for Defendant respectfully requests that the Court stay all pending deadlines in this case for an additional 30 days to permit the parties to comply with the terms of their agreement and submit a stipulation of dismissal to the Court. If granted, Defendant's time to respond to the Complaint would be extended to April 15, 2021, and the Initial Conference scheduled for April 2, 2021 would be adjourned to a date and time after April 15, 2021 that is convenient to the Court. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Defendant's time to respond to the complaint is extended to April 15, 2021. The initial conference is adjourned to April 16, 2021, at 10:00 a.m.**

Dated: New York, New York
       March 16, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

☏ +1.212.309.6000
🖷 +1.212.309.6001