UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOSUE ROMERO, on behalf of himself and all :    20-Cv-9216 (SHS)
others similarly situated,

                 Plaintiffs,
     -v-                                               ORDER

COLGATE-PALMOLIVE COMPANY,

                 Defendant.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     The parties having filed a stipulation of voluntary dismissal with prejudice on April 22, 2021 [Doc. No. 17], and the Clerk of Court having closed this case,

     IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption as follows:

------------------------------------------------------------------x

JOSUE ROMERO,

                 Plaintiff,
     -v-

COLGATE-PALMOLIVE COMPANY,

                 Defendant.
------------------------------------------------------------------x

Dated: New York, New York
       April 26, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.